

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00203-CR

_____

LUTHER JAY STOWE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Red River County, Texas
Trial Court No. CR-00479

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Luther Jay Stowe, appellant, has filed a motion to dismiss his appeal. The motion was signed by both Stowe and his counsel in compliance with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion.

Accordingly, we dismiss this appeal.


Josh R. Morriss, III
Chief Justice


Date Submitted:  February 19, 2014
Date Decided:  February 20, 2014

Do Not Publish

2